**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Alamo Beer Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 74-2972898 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 415 Burnet St.<br>San Antonio, TX 78202<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Bexar<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  www.alamobeer.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    Alamo Beer Company, LLC                                      Case number (*if known*)
          _____
          Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        42

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | Alamo Beer Company, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### ▓ Statistical and administrative information

**13. Debtor's estimation of available funds** .

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Alamo Beer Company, LLC
          Name                                                    Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      February 3, 2025
                 MM / DD / YYYY

X  /s/  G. Eugene Simor                                          G. Eugene Simor
   Signature of authorized representative of debtor              Printed name

Title  President

**18. Signature of attorney**

X  /s/ William B. Kingman                        Date   February 3, 2025
   Signature of attorney for debtor                     MM / DD / YYYY

   William B. Kingman
   Printed name

   Law Offices of William B. Kingman
   Firm name

   3511 Broadway
   San Antonio, TX 78209
   Number, Street, City, State & ZIP Code

   Contact phone   (210) 829-1199      Email address   bkingman@kingmanlaw.com

   11476200 TX
   Bar number and State

**Fill in this information to identify the case:**

Debtor name    Alamo Beer Company, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 3, 2025     **X** /s/   G. Eugene Simor
                                           Signature of individual signing on behalf of debtor

                                           G. Eugene Simor
                                           Printed name

                                           President
                                           Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Alamo Beer Company, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ATKG 1390 E Bitters Road San Antonio, TX 78216 | | | | | | $16,568.80 |
| Berlin Packaging PO Box 74007164 Chicago, IL 60674-7164 | | | | | | $8,621.70 |
| Brewery Direct 10731 IH 35 North San Antonio, TX 78233 | | | | | | $17,166.54 |
| BSG Select Ingredients PO Box 74769 Chicago, IL 60694-4769 | | | | | | $22,278.99 |
| Capital Premium Finance, Inc. 12235 S 800 East Draper, UT 84020 | | | | | | $12,242.05 |
| Country Malt Group PO Box 51602 Los Angeles, CA 90051-5902 | | | | | | $6,519.14 |
| Employer Flexible 7102 N Sam Houston Parkway W, suite 200 Houston, TX 77064 | | | | | | $14,273.06 |
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101 | | | | | | $12,140.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Alamo Beer Company, LLC                                          Case number *(if known)*
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| James Montgomery Law, P.C. 8 Dominion Drive, suite 110 San Antonio, TX 78257 | | | | | | $43,169.30 |
| Kaeser Compressors 16720 Hedgecraft Drive, suite 200 Houston, TX 77060-3643 | | | | | | $4,809.15 |
| Kim Paper, Inc. 9519 N Interstate 35, suite 100 Austin, TX 78753-3816 | | | | | | $8,335.69 |
| Pourtastic Tastings, LLC 10609 Slide Road, suite 400 Lubbock, TX 79424 | | | | | | $5,426.31 |
| Proximity Malt, LLC 644 S 5th Street Milwaukee, WI 53204 | | | | | | $23,652.00 |
| Stearns Bank c/o Kendra O'Brien 500 13th Street Albany, MN 56307 | | Can Filler and Seamer | | $73,502.68 | $100,000.00 | $14,759.48 |
| Sysco Central Texas, Inc. 1260 Schwab Road New Braunfels, TX 78132 | | | | | | $11,513.60 |
| TBI Pro Brew Supply PO Box 737634 Dallas, TX 75373-7634 | | | | | | $8,212.15 |
| Twang Partners LLC PO Box 671052 Dallas, TX 75267-1052 | | | | | | $4,752.00 |
| VIVA San Antonio 533 Delaware Street San Antonio, TX 78210 | | | | | | $22,087.66 |
| Westlakes Securities, LLC 108 Wild Basin Road, suite 250 Austin, TX 78746 | | | | | | $35,000.00 |

Debtor    Alamo Beer Company, LLC
_____
               Name

Case number *(if known)*    _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Zee Company, Inc.<br>412 Georgia Avenue, suite 300<br>Chattanooga, TN 37403 | | | | | | $11,645.51 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Western District of Texas

In re   Alamo Beer Company, LLC                Case No.                          

                                         Debtor(s)              Chapter     11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brent Barry<br>151 Grant Avenue<br>San Antonio, TX 78209 | Member | .112% | Membership Interest |
| Byron Miller<br>6306 Port Royal<br>San Antonio, TX 78244 | Member | .056% | Membership Interest |
| Dena Minoggie<br>303 East Chandler Court<br>Mount Juliet, TN 37122 | Member | .056% | Membership Interest |
| Ed Stevens<br>2355 Ocana Avenue<br>Long Beach, CA 90815 | Member | .28% | Membership Interest |
| Eugene Simor<br>516 King William<br>San Antonio, TX 78204 | Member | 73.302% | Membership Interest |
| Greg Papay<br>231 West Agarita<br>San Antonio, TX 78212 | Member | .896% | Membership Interest |
| Harold Gottsacker<br>21239 Forest Water Circle<br>San Antonio, TX 78266 | Member | .112% | Membership Interest |
| Harold Gottsacker III<br>321 Lilac Lane<br>San Antonio, TX 78209 | Member | .224% | Membership Interest |
| Henry C. Taylor<br>38 Roseheart<br>San Antonio, TX 78259 | Member | .028% | Membership Interest |
| Ingrid P. Etienne<br>17726 Maui Sands<br>San Antonio, TX 78255 | Member | .056% | Membership Interest |
| Jack Guerra<br>814 Kenilworth<br>San Antonio, TX 78209 | Member | .028% | Membership Interest |
| Jacqueline Frances Amaya<br>317 Cherokee Rose Circle<br>Georgetown, TX 78626 | Member | .056% | Membership Interest |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re:  Alamo Beer Company, LLC _____     Case No. _____

                                         Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jeffrey Britton<br>P.O. Box 622<br>Forest Falls, CA 92339 | Member | .056% | Membership Interest |
| John Crider<br>520 Thelma Drive<br>San Antonio, TX 78212 | Member | .028% | Membership Interest |
| Justin Schmidt<br>415 Oak Grove Street, #208<br>Minneapolis, MN 55403 | Member | .056% | Membership Interest |
| Kelly P. Eurek<br>244 S Cody Street, #24<br>Denver, CO 80226 | Member | .056% | Membership Interest |
| Krista Lida Simor Colvin<br>3250 NW 20th Circle<br>Camas, WA 98607 | Member | .056% | Membership Interest |
| Natalie Newell<br>4242 Broadway Street, #1703<br>San Antonio, TX 78209 | Member | .112% | Membership Interest |
| Patricia M. Taylor<br>38 Roseheart<br>San Antonio, TX 78259 | Member | .028% | Membership Interest |
| Patrick A Eurek<br>326 Dona Ana Cove<br>Helotes, TX 78023 | Member | .056% | Membership Interest |
| Phil Hardberger<br>319 W Hollywood<br>San Antonio, TX 78212 | Member | .056% | Membership Interest |
| Robin K. Russell<br>8302 Oak Thicket Lane<br>San Antonio, TX 78255 | Member | .056% | Membership Interest |
| Scott McDonald<br>7779 Ramsdale Way<br>Stanton, CA 90680 | Member | .28% | Membership Interest |
| Simor Family Trust-1<br>(Eugene Simor, Trustee)<br>516 King William<br>San Antonio, TX 78204 | Member | 5.597% | Membership Interest |

List of equity security holders consists of 3 total page(s)

In re: Alamo Beer Company, LLC

Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Suzanne Guerra<br>814 Kenilworth<br>San Antonio, TX 78209 | Member | .028% | Membership Interest |
| The Thomas Clayborne Frost, VI Trust of 1999 (Donald Frost, Trustee)<br>211 Luther Drive<br>San Antonio, TX 78212 | Member | .056% | Membership Interest |
| The Uge Machine LP<br>516 King William<br>San Antonio, TX 78204 | Member | 13.153% | Membership Interest |
| Thomas F. Russell<br>8302 Oak Thicket Lane<br>San Antonio, TX 78255 | Member | .056% | Membership Interest |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   February 3, 2025

Signature  /s/ G. Eugene Simor
G. Eugene Simor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of Texas

In re   Alamo Beer Company, LLC

Debtor(s)

Case No. _____

Chapter   11   _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   February 3, 2025

/s/  G. Eugene Simor
G. Eugene Simor/President
Signer/Title

AAA Auger
450 Pinn Road
San Antonio, TX 78227

ABC Home and Commercial Services
10644 IH 35 North
San Antonio, TX 78233

Albert Uresti, M.P.A., PCC
Bexar County Tax Assessor
Vista Verde Plaza Building 233 N. Pecos
San Antonio, TX 78207

Albert Uresti, MPA, PCAC
Bexar County Tax Assessor
PO Box 2903
San Antonio, TX 78299-2903

Alsco Linen & Uniform Rental
3323 East Commerce
San Antonio, TX 78220

Amoretti
451 Lombard Street
Oxnard, CA 93030

ASCAP
21678 Network Place
Chicago, IL 60673

Ascentium Capital
c/o Jeffrey McEachern
23970 Highway 59 North
Kingwood, TX 77339

ATKG
1390 E Bitters Road
San Antonio, TX 78216

Berlin Packaging
PO Box 74007164
Chicago, IL 60674-7164

Blue Label Digital Printing
3750 Lancaster New Lex Rd SE
Lancaster, OH 43130

Brewery Direct
10731 IH 35 North
San Antonio, TX 78233

BSG Select Ingredients
PO Box 74769
Chicago, IL 60694-4769

Capital Premium Finance, Inc.
12235 S 800 East
Draper, UT 84020


City of San Antonio
Revenue Collections
PO Box 839975
San Antonio, TX 78283-3975


City of San Antonio Police Department
Alarms Investigation Office
315 S Santa Rosa
San Antonio, TX 78207


Country Malt Group
PO Box 51602
Los Angeles, CA 90051-5902


Culligan Water Conditioning
1034 Austin Street
San Antonio, TX 78208


D3 Real Estate Consultants, LLC
PO Box 592226
San Antonio, TX 78259


Don Stecker
Linebarger Goggan Blair & Sampson
112 E. Pecan, Suite 2200 San Antonio, TX
San Antonio, TX 78205


Earthly Labs
1516 Alameda Drive
Austin, TX 78704


EcoCare
PO Box 759
Round Rock, TX 78680


Ecolab Inc.
PO Box 70343
Chicago, IL 60673-0343


Employer Flexible
7102 N Sam Houston Parkway W, suite 200
Houston, TX 77064


Esco Tech Packaging Inc.
206 Melorine Drive
Grand Prairie, TX 75051


Eugene Simor
516 King William
San Antonio, TX 78204

First Foundation Bank
c/o Danny Briggs
5403 Olympic Drive NW, suite 200
Gig Harbor, WA 98335


GIMA International
2210 Oakland Bend
San Antonio, TX 78258


Grandstand
3840 Greenway Drive
Lawrence, KS 66046


Green Air Supply, Inc.
2523 Jefferson Avenue
Tacoma, WA 98402


Hopsteiner
1 W. Washington Avenue
Yakima, WA 98903


Huntington National Bank
c/o Chris Lambert
11100 Wayzata Boulevard, suite 700
Hopkins, MN 55305


Hygenia LLC
941 Avenida Acaso
Camarillo, CA 93012


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


James Montgomery Law, P.C.
8 Dominion Drive, suite 110
San Antonio, TX 78257


Janutol Printing Co., Inc.
9920 Conner Avenue
Detroit, MI 48213


Kaeser Compressors
16720 Hedgecraft Drive, suite 200
Houston, TX 77060-3643


Keyence Corporation of America
669 River Drive, suite 403
Elmwood Park, NJ 07407


Kim Paper, Inc.
9519 N Interstate 35, suite 100
Austin, TX 78753-3816

Macquarie
c/o Max Lleras
1301 Riverplace Boulevard
Jacksonville, FL 32207


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Merica, LLC
10414 Asheboro St.
Frisco, TX 75035


Mike Menton
SettlePou
3333 LEE PARKWAY, EIGHTH FLOOR
Dallas, TX 75219


Mission Controls and Automation
PO Box 843557
Dallas, TX 75284


Mumm Products
1925 Holmes Road, suite 300
Elgin, IL 60123


Omega Yeast Labs
33 N. Sarah Street
Saint Louis, MO 63108


Pawnee Leasing Corporation
3801 Automation Way, suite 207
Fort Collins, CO 80525


PlainsCapital Bank
c/o Michael Flotte
25 N Saint Paul Street, Suite 800
Dallas, TX 75201


Pourtastic Tastings, LLC
10609 Slide Road, suite 400
Lubbock, TX 79424


Proximity Malt, LLC
644 S 5th Street
Milwaukee, WI 53204


Purvis Industries
611 NW W. White Road
San Antonio, TX 78219


SESAC
35 Music Square East
Nashville, TN 37203

Skeleton Fire Alarm
940 Mary Preiss Drive
New Braunfels, TX 78132

Southern Warehouse & Distribution
PO Box 8100
San Antonio, TX 78208

Stearns Bank
c/o Kendra O'Brien
500 13th Street
Albany, MN 56307

Steven B. Bass
Assistant U.S. Attorney
903 San Jacinto, Ste. 334
Austin, TX 78701

Sunstate Equipment Company
PO Box 208439
Dallas, TX 75320-8439

Sysco Central Texas, Inc.
1260 Schwab Road
New Braunfels, TX 78132

TBI Pro Brew Supply
PO Box 737634
Dallas, TX 75373-7634

Texas Chiller Systems
14829 Bulverde Road
San Antonio, TX 78202

The AM Goodson Company
PO Box 779
Helotes, TX 78023

Total Quality Logistics
PO Box 63455
Cincinnati, OH 45263-4558

Twang Partners LLC
PO Box 671052
Dallas, TX 75267-1052

US Bank Equipment Finance
c/o Marcos Santos
1310 Madrid Street
Marshall, MN 56258

Victory Packaging
PO Box 844138
Dallas, TX 75284-4138

VIVA San Antonio
533 Delaware Street
San Antonio, TX 78210

Westlakes Securities, LLC
108 Wild Basin Road, suite 250
Austin, TX 78746

Zee Company, Inc.
412 Georgia Avenue, suite 300
Chattanooga, TN 37403

# United States Bankruptcy Court
## Western District of Texas

In re   <u>Alamo Beer Company, LLC</u>             Case No.   _____

                       Debtor(s)        Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Alamo Beer Company, LLC</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

<u>February 3, 2025</u>

Date

/s/ William B. Kingman

William B. Kingman

Signature of Attorney or Litigant

Counsel for   Alamo Beer Company, LLC

Law Offices of William B. Kingman

3511 Broadway
San Antonio, TX 78209
(210) 829-1199  Fax:
bkingman@kingmanlaw.com